# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | 3-CR-17-343 |
| v. | : | |
| | : | (JUDGE MANNION) |
| LIZA ROBLES, *et al.*, | : | |
| Defendants | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** For the reasons noted in the accompanying memorandum filed this day, the defendant Robles' pre-trial motion for early disclosure of Jencks Act material, **(Doc. 118)**, is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: July 2, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-343-02-ORDER.wpd